*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**          **Date: May 27, 2026**

**vs.**                               **Case No.   25-3114-01-CR-S-MDH**

**JESSE MILLS**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 11:00 a.m.**          **Time Terminated: 11:25 a.m.**

## APPEARANCES

**Plaintiff: Ami Miller, AUSA**          **Defendant:   Ian Lewis, AFPD**

**Proceedings:   Parties appear as indicated, dft in person. No objections to the PSI.   Dft accorded allocution.   SENTENCE: Dft is committed to the BOP for 78 months; followed by 10 years supervised release.   No fine.   $100 MPA.   JVTA-waived. AVAA-waived. Restitution imposed in the amount of $30,000-Government shall prepare a proposed restitution judgment. Special conditions of supervised release imposed.   Preliminary Order of forfeiture entered on 12/3/25 is finalized and imposed. Court recommends sex offender treatment program at a SOMP facility, alcohol treatment and dft br designated FCI Seagoville.   Dft advised of right to appeal.   Dft remanded to custody.**

**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER: Jeannine Rankin**
**USPPTS: Hannah Allhands**